IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAURON SMITH : CIVIL ACTION

v. :

TABB BICKELL, et al. : NO. 14-251

FILED APR 30 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

C. DARNELL JONES, II, J.

AND NOW, this *30th* day of *April*, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DENIED;

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
C. DARNELL JONES, II, J.